STEVEN W. MYHRE, CSBN 9635
Acting United States Attorney
GINA TOMASELLI
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5602
Facsimile: (415) 744-0134
E-Mail: Gina.Tomaselli@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| JERRI L. RAEL,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | CIVIL NO. 2:17-cv-00947-GMN-VCF<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)** |

IT IS HEREBY STIPULATED, by and between Jerri L. Rael (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of forty-five (45) days to deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due date is November 20, 2017. The new due date will be January 4, 2018. The parties further stipulate that all other dates will be extended accordingly, and Plaintiff's reply will be due to Defendant by January 24, 2018.

This is the first extension of time requested by Defendant in the above-captioned matter. Defendant requests this extension because the attorney responsible for briefing this case was only recently assigned this case, has an unusually heavy workload this month, and is taking some leave time during the upcoming holidays. This request is made in good faith with no intention to unduly delay the

Stip. & Prop. Order for Ext.; 2:17-cv-00947-GMN-VCF     1

proceedings. Counsel for Defendant conferred with Plaintiff's counsel, Mark Barrett, who has no opposition to this motion, on November 16, 2017. It is therefore respectfully requested that Defendant be granted a forty-five (45) day extension of time to respond to Plaintiff's motion, up to and including January 4, 2018.

Respectfully submitted,

Dated: November 16, 2017

By: /s/ Mark D. Barrett *
MARK D. BARRETT
(*by email authorization on 11/16/17)

Dated: November 16, 2017

STEVEN W. MYHRE
Acting United States Attorney

By: /s/ Gina Tomaselli
GINA TOMASELLI
Special Assistant United States Attorney

Attorneys for Defendant

IT IS SO ORDERED:

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATE: 11-20-2017

IT IS HEREBY CERTIFIED THAT:

    I, Gina Tomaselli, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service identified below:

**CM/ECF:**

Mark D. Barrett
Osterhout Berger Disability Law, LLC
521 Cedar Way, Ste. 200
Oakmont, PA 15139
412-794-8003
Fax: 412-794-8050
Email: Mark@mydisabilityattorney.com

Hal Taylor
223 Marsh Avenue
Reno, NV 89509
Email: haltaylorlawyer@gbis.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2017          STEVEN W. MYHRE
                                               Acting United States Attorney

                                               By: */s/ Gina Tomaselli*
                                               GINA TOMASELLI
                                               Special Assistant United States Attorney

                                               Attorneys for Defendant

Stip. & Prop. Order for Ext.; 16-cv-1181-JCM-CWH